**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO.: 24-20562 (JJT) |
| QSR STEEL CORPORATION, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| KING STEEL IRON WORK CORP., | ) | Adv. Proc. No. 24-02021 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| QSR STEEL CORPORATION, LLC, ET AL, | ) | |
| | ) | |
| Defendants. | ) | MAY 10, 2026 |
| | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the Law Offices of Michael J. Barnaby, LLC as counsel for QSR Steel Corporation, LLC, Glenn Salamone, David Rusconi, Marc Mantia, and Philadelphia Indemnity Insurance Company in the above-captioned matter.[1]

QSR STEEL CORPORATION, LLC; GLENN SALAMONE; DAVID RUSCONI; MARC MANTIA; PHILADELPHIA INDEMNITY INSURANCE COMPANY

BY:______________________________

Michael J. Barnaby, Esq.
Law Offices of Michael J. Barnaby, LLC
500 Summer Street, Suite 204
Stamford, CT 06901
Federal Bar No. 17617
Telephone: (203) 661-3535
Email: **mbarnaby@barnabylaw.com**

[1] By order dated April 24, 2026, the Court has continued the hearing on the Application to Employ Michael J. Barnaby, Esq. as Special Counsel in this Matter filed by QSR Steel, LLC, Debtor, on April 17, 2026 until June 4, 2026. At the request of Debtor and Debtor's counsel, the undersigned is filing this Appearance in advance of that hearing for purposes of promptly addressing a default issued by this Court on April 23, 2026..

**CERTIFICATION**

I hereby certify that on this 10th day of May 2026, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's Electronic Filing System or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Michael J. Barnaby, Esq.
Law Offices of Michael J. Barnaby, LLC
500 Summer Street, Suite 204
Stamford, CT 06901
Federal Bar No. 17617
Telephone: (203) 661-3535
Email: **mbarnaby@barnabylaw.com**